**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Mathew Thomas, Randy Noka Bella Noka, Hiawatha Brown, John Brown, Thawn Harris, and Adam Jennings *Plaintiffs*, | : | |
| V. | : | C.A. NO. 06-317T |
| The State of Rhode Island and Providence Plantations; Governor Donald L. Carcieri, in his official capacity; State of Rhode Island; Patrick C. Lynch, Rhode Island Attorney General in his official capacity; Colonel Steven M. Pare; State Police Trooper Badge # 37; State Police Detective Timothy Sanzi; State Police Detective Joseph Philbin; State Police Detective Michael Casey; State Police Detective Ken Barry; State Police Detective Ken Bell; and State Police Troopers - John Does 1 to 7 *Defendants*. | : | |

**STIPULATION**

The parties hereby stipulate and agree to extend the time for the State of Rhode Island; Attorney General Patrick C. Lynch, in his official capacity and Governor Donald L. Carcieri, in his official capacity to respond to Plaintiffs' Complaint up to and including December 20, 2006.

Defendant

State of Rhode Island
By Their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Neil F.X. Kelly*

Neil F. X. Kelly (#4515)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(401) 274-3050 Fax

Defendant,

GOVERNOR DONALD CARCERI
By His Attorneys,

*/s/ Claire Richards*

Claire Richards (#4057)
Special Counsel
Room 119, The State House
Providence, RI 02903
222-8114, ext. 216
FAX: (401) 222-8091

Plaintiffs

/s/ *John F. Killoy, Jr.*

John F. Killoy, Jr., Esquire (#3761)
74 Main Street
Wakefield, RI 02879
(401) 783-6840
(401) 782-2490

Dated: December 1, 2006

**CERTIFICATION**

I hereby certify that electronically sent a true copy of the foregoing to j.killoy@verizon.net and mailed a true copy of the foregoing by first class mail, postage prepaid to Claire Richards, Special Counsel, Room 119, The State House, Providence, RI 02903 on this 1st day of December, 2006.

*/s/ Neil F.X. Kelly*