**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Mathew Thomas, Randy Noka Bella Noka, Hiawatha Brown, John Brown, Thawn Harris, and Adam Jennings *Plaintiffs*, | : | |
| v. | : | C.A. NO. 06-317T |
| The State of Rhode Island and Providence Plantations; Governor Donald L. Carcieri, in his official capacity; State of Rhode Island; Patrick C. Lynch, Rhode Island Attorney General in his official capacity; Colonel Steven M. Pare; State Police Trooper Badge # 37; State Police Detective Timothy Sanzi; State Police Detective Joseph Philbin; State Police Detective Michael Casey; State Police Detective Ken Barry; State Police Detective Ken Bell; and State Police Troopers - John Does 1 to 7 *Defendants*. | : | |

**ENTRY OF APPEARANCE**

The undersigned hereby enters his appearance on behalf of the State of Rhode Island and Attorney General Patrick C. Lynch, in his official capacity in the above-entitled matter.

Defendant

State of Rhode Island
By Their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Neil F.X. Kelly*

_______________________________
Neil F. X. Kelly (#4515)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(401) 274-3050 Fax

**CERTIFICATION**

I hereby certify that electronically sent a true copy of the foregoing to j.killoy@verizon.net and mailed a true copy of the foregoing by first class mail, postage prepaid to Claire Richards, Special Counsel, Room 119, The State House, Providence, RI 02903 on this 4th day of December, 2006.

*/s/ Neil F.X. Kelly*