UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Matthew Thomas, Randy Noka, Bella Noka Hiawatha Brown, John Brown, Thawn Harris, Adam Jennings<br>Plaintiffs, | : | |
| v. | : | C.A. No. 06-317 |
| The State of Rhode Island and Providence Plantations; Governor Donald L. Carcieri, State of Rhode Island, in his official capacity; Patrick C. Lynch, Rhode Island Attorney General, in his official capacity; Colonel Steven M. Pare, Rhode Island State Police, in his official capacity; State Police Trooper Badge#37;State Police Detective Timothy Sanzi; State Police Detective Joseph Philibin; State Police Detective Michael Casey; State Police Detective Ken Barry; State Police Detective Ken Bell; and State Police Troopers – John Does 1 – 7<br>Defendants. | : | |

## ENTRY OF APPEARANCE

I, Claire Richards, hereby enter my appearance on behalf of Donald L. Carcieri, in his capacity as Governor of the State of Rhode Island.

Respectfully submitted,

*/s/ Claire Richards*

Claire Richards (#4057)
Special Counsel
Room 119, The State House
Providence, RI 02903
(401) 222-8114
(401) 222-8091 Fax
crichards@gov.state.ri.us

Dated: December 4, 2006

**CERTIFICATION**

I hereby certify that on this 4th day of December, 2006, I electronically filed the within *Entry of Appearance* with the United States District Court for the District of Rhode Island via the ECF system. Additionally, a copy is sent electronically via the ECF system to John F. Killoy at j.killoy@verizon.net and Neil F.X. Kelly at nkelly@riag.ri.gov.

*/s/ Claire Richards*