UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Matthew Thomas, Randy Noka, Bella Noka Hiawatha Brown, John Brown, Thawn Harris, Adam Jennings *Plaintiffs*, | : | |
| v. | : | C.A. No. 06-317T |
| The State of Rhode Island and Providence Plantations; Governor Donald L. Carcieri, State of Rhode Island, in his official capacity; Patrick C. Lynch, Rhode Island Attorney General, in his official capacity; Colonel Steven M. Pare, Rhode Island State Police, in his official capacity; State Police Trooper Badge#37; State Police Detective Timothy Sanzi; State Police Detective Joseph Philibin; State Police Detective Michael Casey; State Police Detective Ken Barry; State Police Detective Ken Bell; and State Police Troopers – John Does 1 – 7 *Defendants*. | : | |

**STIPULATION**

The parties hereby agree to a 30 day extension of time for Defendants to respond to Plaintiffs' Complaint up to and including January 19, 2007.

Respectfully submitted,

Defendants

GOVERNOR DONALD L. CARCIERI
By His Attorney,

*/s/ Claire Richards*
Claire Richards (#4057)
Special Counsel
Room 119, The State House
Providence, RI 02903
(401) 222-8114
(401) 222-8091 Fax
crichards@gov.state.ri.us

State of Rhode Island, et al.
By Their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Neil F.X. Kelly*
*/s/ Rebecca Tedford Partington*

Neil F.X. Kelly
Assistant Attorney General
Rebecca Tedford Partington
Deputy Chief-Civil Division
150 South Main Street
Providence, RI 02903
(401) 274-4400
(401) 274-3050 Fax
nkelly@riag.ri.gov
rpartington@riag.ri.gov

Plaintiffs

*/s/ Jack F. Killoy, Jr.*
John F. Killoy, Jr., Esq. (#3761)
74 Main Street
Wakefield, RI 02879
(401) 783-6840
(401) 782-2490
j.killoy@verizon.net

Dated: December 19, 2006

## CERTIFICATION

I hereby certify that on this 19th day of December, 2006, I electronically filed the within *Stipulation* with the United States District Court for the District of Rhode Island via the ECF system. Additionally, a copy is sent electronically via the ECF system to John F. Killoy at j.killoy@verizon.net and Neil F.X. Kelly at nkelly@riag.ri.gov.

*/s/ Neil F.X.Kelly*