UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Matthew Thomas, Randy Noka, Bella Noka Hiawatha Brown, John Brown, Thawn Harris, Adam Jennings<br>*Plaintiffs*, | : | |
| v. | : | C.A. No. 06-317T |
| The State of Rhode Island and Providence Plantations; Governor Donald L. Carcieri, State of Rhode Island, in his official capacity; Patrick C. Lynch, Rhode Island Attorney General, in his official capacity; Colonel Steven M. Pare, Rhode Island State Police, in his official capacity; State Police Trooper Badge#37;State Police Detective Timothy Sanzi; State Police Detective Joseph Philibin; State Police Detective Michael Casey; State Police Detective Ken Barry; State Police Detective Ken Bell; and State Police Troopers – John Does 1 – 7<br>*Defendants*. | : | |

**MOTION FOR EXTENSION OF TIME**

Now come the defendants in the above entitled matter and hereby request a Motion for Extension of Time up to and including February 2, 2007 within which to respond to Plaintiffs' Complaint.

Respectfully submitted,

Defendants

GOVERNOR DONALD L. CARCIERI
By His Attorney,

*/s/ Claire Richards*
Claire Richards (#4057)
Special Counsel
Room 119, The State House
Providence, RI 02903
(401) 222-8114
(401) 222-8091 Fax
crichards@gov.state.ri.us

State of Rhode Island
By Their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Neil F.X. Kelly*
Neil F.X. Kelly
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(401) 274-3050 Fax
nkelly@riag.ri.gov

Dated: January 19, 2007

**CERTIFICATION**

I hereby certify that on this 19th day of January, 2007, I electronically filed the within Motion for Extension of Time with the United States District Court for the District of Rhode Island via the ECF system. Additionally, a copy is sent electronically via the ECF system to John F. Killoy at j.killoy@verizon.net.

*/s/ Claire Richards*