**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Mathew Thomas, *et al.* | : | |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | C.A. NO. 06-317S |
| | : | |
| The State of Rhode Island and Providence | : | |
| Plantations, *et al.* | : | |
| *Defendants*. | : | |

**ENTRY OF APPEARANCE**

The undersigned hereby enters his appearance on behalf of Colonel Steven M. Pare, State Police Trooper Badge #37,[1] Detective Timothy Sanzi, Detective Joseph Philbin and Detective Michael Casey in the above-entitled matter.

Defendants
By Their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Neil F.X. Kelly*
______________________________

Neil F. X. Kelly (#4515)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 x 2284
(401) 222-2995 Fax

**CERTIFICATION**

I hereby certify that on this 2nd day of February, 2007 I electronically filed the within Entry of Appearance with the United States District Court for the District of Rhode Island via the ECF system. Additionally, a copy is sent electronically via the ECF system to John F. Killoy at j.killoy@verizon.net and crichards@gov.state.ri.us.

*/s/ Neil F.X. Kelly*
______________________________

[1] Trooper Badge # 37 is Trooper Sergeant James Manni.