**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Mathew Thomas, *et al.*<br>*Plaintiffs*,<br><br>v.<br><br>The State of Rhode Island and Providence Plantations, *et al.*<br>*Defendants*. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. NO. 06-317S |

**ENTRY OF APPEARANCE**

The undersigned hereby enters her appearance on behalf of Detective Kevin Barry and Detective Ken Bell in the above-entitled matter.

Defendants
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Rebecca Tedford Partington*
______________________________

Rebecca Tedford Partington #3890
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 x 2303
(401) 222-2995 Fax

**CERTIFICATION**

I hereby certify that on this 2nd day of February, 2007 I electronically filed the within Entry of Appearance with the United States District Court for the District of Rhode Island via the ECF system. Additionally, a copy is sent electronically via the ECF system to John F. Killoy at j.killoy@verizon.net and crichards@gov.state.ri.us.

*/s/ Rebecca Tedford Partington*
______________________________