**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Mathew Thomas, Randy Noka
Bella Noka, Hiawatha Brown,
John Brown, Thawn Harris, and
Adam Jennings

*Plaintiffs*,

V. C.A. NO. 06-317S

The State of Rhode Island and Providence :
Plantations; Governor Donald L. Carcieri, in his
official capacity; State of Rhode Island; Patrick C. :
Lynch, Rhode Island Attorney General in his official
capacity; Colonel Steven M. Pare; State Police
Trooper Badge # 37; State Police Detective
Timothy Sanzi; State Police Detective Joseph
Philbin; State Police Detective Michael Casey;
State Police Detective Ken Barry; State Police
Detective Ken Bell; and State Police Troopers -
John Does 1 to 7

*Defendants*.

**STIPULATION**

The parties hereby stipulate and agree to extend the time for the Plaintiffs' to respond to Defendants' Motion to Dismiss up to and including March 2, 2007.

Defendants

State of Rhode Island
By Their Attorney,
PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ *Neil F.X. Kelly*
/s/ *Rebecca Tedford Partington*

Neil F. X. Kelly (#4515)
Assistant Attorney General
Rebecca Tedford Partington (#3890)
Deputy Chief-Civil Division
150 South Main Street
(401) 274-4400
(401) 274-3050 Fax

GOVERNOR DONALD CARCERI
By His Attorneys,

/s/ *Claire Richards*

Claire Richards (#4057)
Special Counsel
Room 119, The State House
Providence, RI 02903
(401) 222-8114, ext. 216
(401) 222-8091 Fax

Plaintiffs

/s/ *John F. Killoy, Jr.*

John F. Killoy, Jr., Esquire (#3761)
74 Main Street
Wakefield, RI 02879
(401) 783-6840
(401) 782-2490

Dated: February 21, 2007

**CERTIFICATION**

I hereby certify that electronically sent a true copy of the foregoing and mailed a true copy by first class mail, postage prepaid to the above counsel of record on this 21st day of February, 2007.

/s/ *John F. Killoy, Jr.*