UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

Matthew Thomas, Randy Noka, Bella Noka,
Hiawatha Brown, John Brown, Thawn Harris,
and Adam Jennings
Petitioner

V.

Case Number: C.A. NO. 06-317S

The State of Rhode Island and Providence
Plantations, Governor Donald L. Carcieri,
State of Rhode Island, Patrick C. Lynch Rhode
Island Attorney General, Rhode Island State
Police, Colonel Steve M. Pare, State Police Trooper
Badge #37, State Police Detective Timothy Sanzi,
State Police Detective Joseph Philibin, State Police
Detective Michael Casey, State Police Detective
Ken Barry, State Police Detective Ken Bell, and State Police
Troopers - John Does 1 to 7
Respondent

**Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

Judgment shall enter for the Defendants, The State of Rhode Island and Providence Plantations, Governor Donald L. Carcieri, State of Rhode Island, Patrick C. Lynch Rhode Island Attorney General, Rhode Island State Police, Colonel Steve M. Pare, State Police Trooper Badge #37, State Police Detective Timothy Sanzi, State Police Detective Joseph Philibin, State Police Detective Michael Casey, State Police Detective Ken Barry, State Police Detective Ken Bell, and State Police Troopers - John Does 1 to 7, against the Plaintiffs, Matthew Thomas, Randy Noka, Bella Noka, Hiawatha Brown, John Brown, Thawn Harris, and Adam Jennings in accordance to this Court's Order dated April 17, 2007.

**April 18, 2007**
**Date**

Doreen Baldwell
**Deputy Clerk**