**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Mathew Thomas, Randy Noka
Bella Noka, Hiawatha Brown,
John Brown, Thawn Harris, and
Adam Jennings

*Plaintiffs*,

V. C.A. NO. 06-317S

The State of Rhode Island and Providence Plantations; Governor Donald L. Carcieri, in his official capacity; State of Rhode Island; Patrick C. Lynch, Rhode Island Attorney General in his official capacity; Colonel Steven M. Pare; State Police Trooper Badge # 37; State Police Detective Timothy Sanzi; State Police Detective Joseph Philbin; State Police Detective Michael Casey; State Police Detective Ken Barry; State Police Detective Ken Bell; and State Police Troopers - John Does 1 to 7

*Defendants*.

**NOTICE OF APPEAL**

Now comes all the plaintiffs and hereby appeal to the United State Court of Appeals for the First Circuit from a Judgment entered in this action on the 18th day of April 2007.

Plaintiffs

/s/ *John F. Killoy, Jr.*

John F. Killoy, Jr., Esquire (#3761)
74 Main Street
Wakefield, RI 02879
(401) 783-6840
(401) 782-2490 Fax
j.killoy@verizon.net

**CERTIFICATION**

I hereby certify that I electronically filed the above-referenced document with the United States District Court for the District of Rhode Island via the ECF system and a copy to the counsel of record via the ECF system on this 17nth day of May 2007.

/s/ *John F. Killoy, Jr.*